| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Barrett, Michael R. | 2. Court or Organization U.S. District Court | 3. Date of Report 08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Potter Stewart US Courthouse
100 East 5th Street, Room 239
Cincinnati, Ohio 45202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Partner | Old Walnut Company |
| 3. | Member | Grandin View LLC |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Scripps TV Station Group - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | US Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Old Walnut Co. (Partnership) | A | Dividend | L | U | | | | | |
| 2. Grandin View LLC (X) | | None | J | U | | | | | |
| 3. Procter & Gamble (common stock) | C | Dividend | L | T | | | | | |
| 4. Cincinnati Bell (common stock) | | None | K | T | | | | | |
| 5. Convergys Corp. (common stock) | | None | L | T | | | | | |
| 6. Western Southern Life Ins. Co. (Y) | | | | | | | | | |
| 7. J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 8. IRA#1 (H) | | | | | | | | | |
| 9. First American Treasury (cash account) (FOCXX) | A | Interest | M | T | | | | | |
| 10. Am. Century Sm. Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 11. Am. Century Equity Income (ACIIX) | B | Dividend | K | T | | | | | |
| 12. Blackrock Basic Value Fund Inc. (MABAX) | B | Dividend | K | T | | | | | |
| 13. Fidelity Investment Tr. Ad Intl Discovery (FIADX) | A | Dividend | K | T | | | | | |
| 14. Ipath Dow Jones UBS (DJP) | | None | J | T | | | | | |
| 15. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | K | T | | | | | |
| 16. Nuveen Core Bond Fd (FFIIX) | B | Dividend | K | T | | | | | |
| 17. Nuveen Dividend Value Fd (FAQIX) | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Mid Cap Growth (FISGX) | A | Dividend | J | T | | | | | |
| 19. Nuveen Mid Cap Value (FSEIX) | A | Dividend | K | T | | | | | |
| 20. Nuveen Real Estate Secs. Fund (FARCX) | C | Dividend | K | T | Buy (add'l) | 11/14/16 | J | | |
| 21. Nuveen Small Cap Select (ARSTX) | A | Dividend | J | T | | | | | |
| 22. Nuveen Small Cap Value (FSCCX) | A | Dividend | K | T | | | | | |
| 23. Laudus Intl Marketmasters (SWMIX) | A | Dividend | J | T | | | | | |
| 24. T. Rowe Price Mid Cap Value (TRMCX) | B | Dividend | K | T | | | | | |
| 25. T. Rowe Price Value Fund (TRVLX) | B | Dividend | L | T | | | | | |
| 26. T. Rowe Price Equity (PRFDX) | B | Dividend | K | T | | | | | |
| 27. Technology Select Sector SPDR (XLK) | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 28. Michael R. Barrett Foundation (H) | | | | | | | | | |
| 29. First American Treasury (cash) (FOCXX) | | None | J | T | | | | | |
| 30. Procter & Gamble (PG) | B | Dividend | K | T | | | | | |
| 31. Brokerage Account (H) | | | | | | | | | |
| 32. First American Treasury (Cash) (FOCXX) | A | Int./Div. | P1 | T | | | | | |
| 33. Nuveen Core Plus Bond (FFIIX) | A | Dividend | J | T | | | | | |
| 34. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Abbott Labs (ABT) | B | Dividend | L | T | | | | | |
| 36. Abbvie Inc. (ABBV) | C | Dividend | L | T | | | | | |
| 37. Capital One Financial Corp (COE) | A | Dividend | K | T | | | | | |
| 38. IShares Dow Jones Select (DVY) | A | Dividend | J | T | | | | | |
| 39. IShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |
| 40. IShares Russell Midcap Index (IWR) | A | Dividend | J | T | | | | | |
| 41. Procter & Gamble (PG) | D | Dividend | N | T | | | | | |
| 42. Fidelity Invt Trad Intl Disci (FIADX) | A | Dividend | J | T | Buy (add'l) | 05/20/16 | J | | |
| 43. Nuveen Mid Cap Value (FSEIX) | A | Dividend | J | T | | | | | |
| 44. Nuveen Real Estate Sec. Fund (Y) | | | | | | | | | |
| 45. Laudus Int'l Marketmasters Fd Select (SWMIX) | A | Dividend | J | T | | | | | |
| 46. T. Rowe Price Value (TRVLX) | A | Dividend | K | T | | | | | |
| 47. Vanguard Reit Etf (VNQ) | A | Dividend | K | T | Buy (add'l) | 11/16/16 | K | | |
| 48. Trust # 1 (H) | | | | | | | | | |
| 49. First American Treasury (cash) (FOCXX) | A | Dividend | K | T | | | | | |
| 50. Nuveen Strategic Income Fd (bond) (FCBYX) | A | Dividend | K | T | | | | | |
| 51. Amgen, Inc. (AMGN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apache Corp. | A | Dividend | | | Sold | 09/13/16 | J | | |
| 53. Apple, Inc. (AAPL) | A | Dividend | K | T | | | | | |
| 54. Boeing Co. | A | Dividend | | | Sold | 09/13/16 | J | C | |
| 55. Cintas Corp. (CTAS) | A | Dividend | J | T | Sold (part) | 11/10/16 | J | C | |
| 56. Cisco Systems | A | Dividend | | | Sold | 09/13/16 | J | B | |
| 57. DuPont El De Nemours | A | Dividend | | | Sold | 09/13/16 | J | C | |
| 58. Exxon Mobil Corp. | A | Dividend | | | Sold | 09/13/16 | J | B | |
| 59. Financial Select Sector Spdr Fd (XLF) | A | Dividend | J | T | Sold (part) | 11/10/16 | J | B | |
| 60. Intel Corp. | A | Dividend | | | Sold | 09/13/16 | J | C | |
| 61. IShares Russell Midcap (IWR_) | A | Dividend | J | T | | | | | |
| 62. Omnicom Group | A | Dividend | | | Sold | 09/13/16 | J | C | |
| 63. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 64. Procter & Gamble | A | Dividend | | | Sold | 09/13/16 | J | B | |
| 65. Starbucks (SBUX) | A | Dividend | K | T | | | | | |
| 66. Texas Instrument | A | Dividend | | | Sold | 11/03/16 | J | D | |
| 67. US Bancorp (USB) | A | Dividend | K | T | | | | | |
| 68. United Health Group | A | Dividend | | | Sold | 11/03/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 3M Co. (MMM) | A | Dividend | K | T | | | | | |
| 70. Novartis AG ADR (NVS) | A | Dividend | J | T | | | | | |
| 71. Schlumberger Ltd. (SLB) | A | Dividend | J | T | Sold (part) | 11/10/16 | J | | |
| 72. American Century Sm. Cap | A | Dividend | | | Sold | 09/13/16 | J | | |
| 73. Ipath GSCI Total Return (GSP) | | None | J | T | | | | | |
| 74. Blackrock Capital Apprec. (BFGBX) | A | Dividend | K | T | | | | | |
| 75. Nuveen Mid Cap Growth (Y) | | | | | | | | | |
| 76. Nuveen Mid Cap Value | A | Dividend | | | Sold | 09/13/16 | J | C | |
| 77. Nuveen Sm. Cap Select (Y) | | | | | | | | | |
| 78. Laudus Int'l Marketmasters (SWMIX) | A | Dividend | K | T | Sold (part) | 11/10/16 | J | | |
| 79. T. Rowe Price Int'l Growth (TRIGX) | A | Dividend | J | T | | | | | |
| 80. Vanguard Reit-Etf (VNG) | A | Dividend | J | T | | | | | |
| 81. Bank of America (Y) | | | | | | | | | |
| 82. Western Union (Y) | | | | | | | | | |
| 83. The Real Estate Select Sector ETF | | None | | | Spinoff (from line 59) | 09/22/16 | J | | |
| 84. | | | | | Sold | 11/10/16 | J | | |
| 85. Trust # 2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wilmington Trust Bank Deposit (cash) | A | Interest | K | T | | | | | |
| 87. Diamond Hill Large Cap (DHLRX) | B | Dividend | K | T | Buy (add'l) | 02/25/16 | K | | |
| 88. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 89. | | | | | Sold (part) | 06/28/16 | J | | |
| 90. | | | | | Sold (part) | 08/12/16 | J | | |
| 91. | | | | | Sold (part) | 09/27/16 | J | | |
| 92. IShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Sold (part) | 02/29/16 | J | | |
| 93. | | | | | Sold (part) | 06/30/16 | J | | |
| 94. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 95. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 96. IShares Currency Hedged MSCI | A | Dividend | | | Sold | 05/12/16 | J | | |
| 97. IShares MSCI EAFE Small Cap | | None | | | Sold | 02/29/16 | J | | |
| 98. JP Morgan Chase & Co. US Small Co Fund (JUSSX) | A | Dividend | L | T | Buy (add'l) | 02/25/16 | J | | |
| 99. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 100. | | | | | Buy (add'l) | 09/27/16 | K | | |
| 101. Morgan Stanley Instl Fund Inc Growth (MGRPX) | C | Dividend | K | T | Buy (add'l) | 02/25/16 | K | | |
| 102. | | | | | Buy (add'l) | 05/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/28/16 | J | | |
| 104. | | | | | Sold (part) | 09/27/16 | J | | |
| 105. | | | | | Sold (part) | 11/16/16 | J | | |
| 106. Vanguard FTSE DEV. Market (VEA) | C | Dividend | L | T | Sold (part) | 02/29/16 | K | | |
| 107. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 108. | | | | | Sold (part) | 06/30/16 | J | | |
| 109. | | | | | Sold (part) | 08/16/16 | J | | |
| 110. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 111. Wilmington Large Cap Strategy Fund (WMLIX) | B | Dividend | M | T | Sold (part) | 02/25/16 | L | | |
| 112. | | | | | Sold (part) | 06/28/16 | J | | |
| 113. Wisdomtree Japan Hedged Fund | | None | | | Buy (add'l) | 02/29/16 | J | | |
| 114. | | | | | Sold | 03/29/16 | J | | |
| 115. Nuveen Short Duration (NVHIX) | A | Dividend | | | Sold | 11/17/16 | J | | |
| 116. Ridgeworth Seix Floating Rate High Income Fund | A | Dividend | | | Sold | 02/23/16 | K | | |
| 117. T Rowe Price Tax Free | A | Dividend | | | Sold | 05/20/16 | K | | |
| 118. Wilmington Municipal Bond Fund (WTAIX) | D | Dividend | N | T | Buy (add'l) | 05/20/16 | K | | |
| 119. | | | | | Buy (add'l) | 08/22/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Credit Suisse Commodity Return | | None | | | Sold | 02/25/16 | J | | |
| 121. IShares Cohen & Steirs (ICF) | A | Dividend | J | T | Buy (add'l) | 02/29/16 | J | | |
| 122. | | | | | Sold (part) | 06/30/16 | J | | |
| 123. | | | | | Sold (part) | 11/18/16 | J | | |
| 124. IShares Tips Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 02/29/16 | J | | |
| 125. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 126. | | | | | Sold (part) | 06/30/16 | J | | |
| 127. Spdr Dow Jones Int'l (RWX) | B | Dividend | K | T | Buy (add'l) | 02/29/16 | J | | |
| 128. Blackstone Alternative Multi- Stragety Fund | | None | | | Sold | 06/10/16 | L | | |
| 129. Fidelity Focised High Income (FHIFX) | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 130. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 131. LSV Value Equity FD STRAT (LSVEX) | B | Dividend | K | T | Buy | 02/25/16 | K | | |
| 132. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 133. | | | | | Sold (part) | 06/28/16 | J | | |
| 134. | | | | | Sold (part) | 08/12/16 | J | | |
| 135. | | | | | Sold (part) | 09/27/16 | J | | |
| 136. T. Rowe Price Large Cap Growth (TRLGX) | A | Dividend | K | T | Buy | 02/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 138. | | | | | Sold (part) | 09/27/16 | J | | |
| 139. Vanguard Intermediate-Term Tax Exempt FD (VWIUX) | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 140. Trust #3 (H) | | | | | | | | | |
| 141. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 142. Am Century Diversified Bond Inv (ADFIX) | A | Dividend | J | T | Buy (add'l) | 01/19/16 | J | | |
| 143. American Cent Short Dur INF (APOIX) | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 144. Blackrock Multi-Asset Inc (BIICX) | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 145. Clearbridge Large Cap Growth (SBLYX) | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 146. Dreyfus Global EQU INC (DQEIX) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 147. Federated Int'l Leaders (FGFIX) | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 148. Federated Total Return Bond (X) | | None | | | Sold | 01/19/16 | J | | |
| 149. First Trust Moringstar Div. (FDL) | A | Dividend | J | T | | | | | |
| 150. First Trust Dorsey Wright FO (FV) | A | Dividend | J | T | | | | | |
| 151. First Trust Small Cap ETF (FYX) | A | Dividend | J | T | | | | | |
| 152. Goldman Sachs Small Mid-Cap (GSMYX) | A | Dividend | J | T | | | | | |
| 153. Invesco Diversified Div (LCEYX) | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  IShares S&P Midcap 400 Index (IJH) | A | Dividend | J | T | | | | | |
| 155.  IShares S&P Small Cap 600 Index (IJR) | A | Dividend | J | T | | | | | |
| 156.  JP Morgan Equity Inc (X) | | None | | | Sold | 01/27/16 | J | | |
| 157.  JP Morgan Income Builder (X) | | None | | | Sold | 01/27/16 | J | | |
| 158.  Mainstay Epoch Global Equity Yld | | None | | | Sold | 04/26/16 | J | | |
| 159.  MFS Global Equity (MWEIX) | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 160. | | | | | Sold | 04/04/16 | J | A | |
| 161. | | | | | Buy | 08/10/16 | J | | |
| 162.  MFS Gov. Securities | A | Dividend | | | Sold (part) | 06/30/16 | J | | |
| 163. | | | | | Sold | 10/14/16 | J | | |
| 164.  Neuberger Abs Ret Multi Mgr | | None | | | Sold | 03/17/16 | J | | |
| 165.  Nuveen Real Asset Income (NRIIX) | A | Dividend | J | T | | | | | |
| 166.  Oakmark Global Select Fund | | None | | | Buy (add'l) | 01/27/16 | J | | |
| 167. | | | | | Sold | 03/22/16 | J | | |
| 168. | | | | | Buy | 04/04/16 | J | | |
| 169. | | | | | Sold | 08/10/16 | J | A | |
| 170.  Oppenheimer Fundamental ALT Y (OOPYX) | A | Dividend | J | T | Buy | 03/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Oppenheimer INT DIV Y (X) | | None | | | Sold | 01/27/16 | J | | |
| 172. SPDR S&P Banking ETF | | None | | | Sold | 04/04/16 | J | | |
| 173. Trust #4 (H) | | | | | | | | | |
| 174. Morgan Stanley Bank NA (cash) | A | Interest | L | T | | | | | |
| 175. Am. Century Eqi Inc. Int. (ACIIX) | D | Dividend | L | T | | | | | |
| 176. Am New Perspective F2 (ANWFX) | B | Dividend | L | T | | | | | |
| 177. Exxon Mobile Corp (XOM) | A | Dividend | J | T | | | | | |
| 178. Fideility Adv Int'l Discovery | A | Dividend | | | Sold | 12/19/16 | K | | |
| 179. Ill Tool Works Inc (ITW) | A | Dividend | K | T | | | | | |
| 180. Invesco High Yield Muni Y | D | Dividend | | | Sold | 12/19/16 | M | | |
| 181. IShares IBonds Sep 2016 Muni (IBME) | A | Dividend | | | Redeemed | 09/08/16 | K | | |
| 182. IShares IBonds Sep 2017 Muni (IBMF) | A | Dividend | K | T | | | | | |
| 183. IShares IBonds Sep 2018 Mini (IBMG) | A | Dividend | K | T | | | | | |
| 184. IShares IBonds Sep 2019 Muni (IBMH) | A | Dividend | K | T | | | | | |
| 185. IShares IBonds Sep 2020 Muni (IBMI) | A | Dividend | K | T | | | | | |
| 186. IShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | Buy | 12/19/16 | K | | |
| 187. Invesco LTD Term Muni Inc Y (ATFYX) | A | Dividend | M | T | Buy | 12/19/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 189. McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 190. MLP Select 40 Y (MLPTX) | A | Dividend | J | T | | | | | |
| 191. Neuberger Abs Ret Multi Mgr | | None | | | Sold | 12/19/16 | K | A | |
| 192. Neuberger Berman Lg SH Inst (NLSIX) | | None | K | T | | | | | |
| 193. Nuveen Global Infrastructure (FGIYX) | B | Dividend | K | T | | | | | |
| 194. Nuveen HI YLD Muni BD I (NHMRX) | A | Dividend | M | T | Buy | 12/19/16 | M | | |
| 195. Nuveen Int Dir Muni Bond | C | Dividend | | | Sold | 12/19/16 | M | | |
| 196. Nuveen Real Estate Sec FD (X) | C | Dividend | K | T | | | | | |
| 197. Nuveen Sh Dir High Yield Muni Bond (NVHIX) | C | Dividend | M | T | | | | | |
| 198. Oppenheimer Cap Income Y (OCIYX) | | None | K | T | Buy | 12/19/16 | K | | |
| 199. Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 200. T Rowe Price Growth Stock Adv (PRGFX) | B | Dividend | L | T | | | | | |
| 201. T Rowe Price MidCap Gr Adv (RPMGX) | B | Dividend | L | T | | | | | |
| 202. T Rowe Price Mid Cap (TRMCX) | C | Dividend | L | T | | | | | |
| 203. The Technology Sel Sec Spdr Fd (XLK) | A | Dividend | K | T | | | | | |
| 204. United Technologies Corp (UTX) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vanguard 500 Indx Admiral (VFIAX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1 and 2: Filer's interest is 1/6.

Part VII, line 42: Corporate name change; see 2015, line 42.

Part VII, line 9: See 2015, lines 19 and 20.

Part VII, line 106: Name change; see 2015, line 160

Part VII, line 151: Name change; see 2015, line 177

Part VII, line 43 of the 2015 report should have reflected a partial sale.

Part VII, lines 27, 92-98, 100-104, 106-108, 110-114, 119, 120, 122-127, 129-134, 136, 137, 139-148, 150-152, 154, 155, 157-159, and 161 of the 2015 report are not reportable in 2016. (Y)

Trust assets were merged or reallocated during 2016. In some instances, this may result in more than one corresponding line item per asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael R. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544